UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY ARTACHE,

    Plaintiff,

v.                          Case No.:  8:20-cv-3029-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment with Remand. (Doc. 29). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 18). The Commissioner of Social Security seeks remand for further consideration of the evidence. (Doc. 29, p. 1). Plaintiff does not object to the relief requested. Thus, the Court will grant the motion.

Also pending is an Opposed Motion for Remand Under Sentence Six (Doc. 24). Based upon the agreed remand, the Court will moot this motion.

Accordingly, it is **ORDERED**:

(1)    The Unopposed Motion for Entry of Judgment with Remand (Doc. 29) is **GRANTED.**

(2) The Opposed Motion for Remand Under Sentence Six (Doc. 24) is **MOOT**.

(3) Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for the Commissioner for further consideration of the evidence.

(2) The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on January 13, 2022.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties